# Court of Appeals, State of Michigan

## ORDER

People of MI v Jawone Laquan Watkins

Docket No. 337453

LC No. 15-038337-FC

Jane M. Beckering
Presiding Judge

Michael J. Kelly

Colleen A. O'Brien
Judges

---

The Court orders that the June 26, 2018 opinion is hereby AMENDED. The opinion contained the following clerical error: the signature block incorrectly listed Judge Stephen L. Borrello as a panel member. The correct signature block is:

/s/ Jane M. Beckering
/s/ Michael J. Kelly
/s/ Colleen A. O'Brien

In all other respects, the June 26, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 2 6 2018
Date

Chief Clerk